UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**SUSAN K. GAUVEY**<br>**U.S. MAGISTRATE JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>(410) 962-4953 |

April 11, 2003

Yeu Tong Sit, Ph.D
14301 Gaines Avenue
Rockville, MD 20853

Tarra DeShields, Esq.
Assistant United States Attorney
101 West Lombard Street
Baltimore, MD 21201

    Re:  Yeu Tong Sit v. Tommy Thompson, Secretary,
         Department of Health and Human Services
         Civil No. JFM-02-1626

Dear Counsel:

    I understand that there are pending dispositive motions in the above case. Accordingly, I am removing the settlement conference from the calendar for April 17, 2003, and will reschedule the conference after the pending motions are ruled on.

                                     Sincerely yours,

                                     /s/

                                   Susan K. Gauvey
                                   United States Magistrate Judge

cc:  Honorable James K. Bredar