# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
SUSAN K. GAUVEY
U.S. MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4953

April 17, 2003

Yeu Tong Sit, Ph.D
14301 Gaines Avenue
Rockville, MD 20853

Tarra DeShields, Esq.
Assistant United States Attorney
101 West Lombard Street
Baltimore, MD 21201

     Re:  Yeu Tong Sit v. Tommy Thompson, Secretary,
         Department of Health and Human Services
         Civil No. JFM-02-1626

Dear Counsel:

The settlement conference in the above case is hereby rescheduled to Thursday, May 15, 2003, at 9:30 a.m.

The government should submit a written offer to the plaintiff and any alternate itemization of damages on May 8, 2003, with a copy to the Court.

I look forward to meeting with you on May 15th.

Sincerely yours,

/s/

Susan K. Gauvey
United States Magistrate Judge

cc:  Honorable James K. Bredar